IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,                        ORDER

    v.                              06-cr-169-bbc-1

JEROME GREEN,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    A hearing on the probation office's petition for judicial review of Jerome Green's supervised release was held on August 19, 2014, before U.S. District Judge Barbara B. Crabb. The government appeared by Assistant U.S. Attorney Rita M. Rumbelow. Defendant was present in person and by counsel, Supervisory Associate Federal Defender Michael W. Lieberman. Also present was U.S. Probation Officer Nicholas A. Tuma.

    Ms. Rumbelow advised the court that the parties had agreed that in light of new information about Mr. Green's employment history, his plans to work toward a degree in Recreation Management at Madison College beginning next month, and his resumption of drug testing, the scheduled judicial review should be held in abeyance with no findings to be made at this time.

Accordingly, IT IS ORDERED that the revocation proceedings against defendant Jerome Green are held in abeyance, subject to reopening on the probation office's motion should Mr. Green fail to observe the conditions of his supervised release.

Entered this 19th day of August, 2014.

BY THE COURT:

/s/

BARBARA B. CRABB

District Judge